■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN MCFADDEN, Appellant. [961 NYS2d 354]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered January 13, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sexual act in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.